HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JACK BRACAMONTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:00-CR-00605 WBS |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
| vs. | ) |
|  | ) |
| JACK BRACAMONTE, | ) Date:   October 14, 2014 |
|  | ) Time:   9:30 a.m. |
| Defendant. | ) Judge:  Hon. William B. Shubb |

   IT IS HEREBY STIPULATED between plaintiff, United States of America, and defendant, Jack Bracamonte, through counsel, that the dispositional hearing may be advanced from November 3, 2014, to October 14, 2014, at 9:30 a.m.

/////

/////

/////

/////

-1-

Both parties are now recommending that the Court sentence Mr. Bracamonte to time served.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated: October 8, 2014      /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JACK BRACAMONTE

                                      BENJAMIN WAGNER
                                      United States Attorney

Dated: October 8, 2014      /s/ T. Zindel for J. Sigal
                                      JOSH SIGAL
                                      Assistant U.S. Attorney

**O R D E R**

The dispositional hearing is advanced to Tuesday, October 14, 2014, at 9:30 a.m.

Dated: October 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE