**FILED**
October 14, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JACK EFRAIN BRACAMONTE ) <br> ) <br> Defendant. ) | Case No. 2:00CR0605-WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JACK EFRAIN BRACAMONTE, Case No. 2:00-CR-0605- WBS  , Charge   18 USC § 3583  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $__

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)        Defendant sentenced to TIME SERVED.

Issued at  Sacramento, CA  on  October 14, 2014  at  10:56 a/m .

By _____
William B. Shubb
United States District Judge